UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-60093-CR-SMITH/Valle

18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

**RICARDO JAVIER LOPEZ-DURAN,**

Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

On or about July 18, 2019, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**RICARDO JAVIER LOPEZ-DURAN,**

did knowingly conduct a financial transaction affecting interstate commerce, that is, the movement of United States currency, which financial transaction involved the proceeds of specified unlawful activity, knowing the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of a specified unlawful activity.

It is further alleged that the specified unlawful activity is the manufacture, importation, sale, and distribution of a controlled substance, punishable under the laws of the United States, the Dominican Republic, and Colombia.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Information are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **RICARDO JAVIER LOPEZ-DURAN,** has an interest.

2. Upon conviction of a violation of the offense charged this Information, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1) and the procedures set forth in Title 21, United States Code, Section 853.

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
KEVIN J. LARSEN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Ricardo Javier Lopez-Duran,

_____/
Defendant.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division** (select one)
☐ Miami  ☐ Key West  ☐ FTP
☑ FTL  ☐ WPB

New Defendant(s) (Yes or No) Yes
Number of New Defendants 1
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish

4. This case will take 0 days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☑ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-02638-Torres

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Case No.

9. Defendant(s) in federal custody as of

10. Defendant(s) in state custody as of

11. Rule 20 from the _____ District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
Kevin Larsen
Assistant United States Attorney
Court ID No. A5501050

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** Ricardo Javier Lopez-Duran

**Case No:** _____

Count #: 1

Laundering of monetary instruments

Title 18, United States Code, Section 1956(a)(1)(B)(i)

*Max. Penalty: 20 Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| Ricardo Javier Lopez-Duran ) | |
| ) | |
| _Defendant_ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ___05/10/2022___

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

_____Helaine Batoff_____
_Printed name of defendant's attorney_

_____
_Judge's signature_

____Lauren F. Louis, U.S. MAGISTRATE JUDGE____
_Judge's printed name and title_